**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Near,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Pro Residential Management Inc., a Foreign For Profit (Business) Corporation,<br><br>                    Defendant | Case No.:  2:18-cv-03037-SRB<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

Per the Court's Order dated March 12, 2019 (Doc. #18), the parties provide the following joint report on settlement talks.

Plaintiff has provided Defendant with a settlement demand and Defendant is reviewing that demand. The parties will advise the Court if a settlement is reached. While the parties have not reached a resolution, they do not believe that, at this time, a court-ordered mediation, by way of a settlement conference, would aid in trying to resolve this matter.

If in the future the Parties believe a court-ordered mediation, by way of a settlement conference, would aid in trying to resolve this matter, the Parties will provide notice to the Court.

Dated:  March 14, 2019                Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By  /s/Sean C. Davis
    Trey Dayes
    Sean C. Davis

Attorneys for Plaintiff


Dated: March 14, 2019                **LAW OFFICES OF SCOTT M. CLARK, P.C.**

By  /s/Christopher R. Walker
    Christopher R. Walker

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Scott M. Clark, Esq. (Ariz. Bar No. 6759)
Judy Drickey-Prohow, Esq. (Ariz. Bar No. 5796)
Christopher R. Walker, Esq. (Ariz. Bar No. 28977)
Colin L. Clark, Esq. (Ariz. Bar No. 33457)
**LAW OFFICES OF SCOTT M. CLARK, P.C.**
3008 N. 44th Street
Phoenix, Arizona 85018-7206
(602) 957-7877 [Tel]
(602) 957-7876 [Fax]
www.scottclarklaw.com
*Attorneys for Defendant*

By: /s/Sean C. Davis