# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Near,<br><br>                    Plaintiff<br><br>     vs.<br><br>Pro Residential Management Inc., a Foreign For Profit (Business) Corporation,<br><br>                    Defendant | Case No.: 2:18-cv-03037-SRB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 10th day of September, 2019.

_____
Susan R. Bolton
United States District Judge